UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIXTY FOUR THOUSAND FOUR
HUNDRED NINETY THREE DOLLARS
IN UNITED STATES CURRENCY
($64,493.00)

    Defendant *in Rem*.
                                        /

No. 13-10709

District Judge John Corbett O'Meara
Magistrate Judge R. Steven Whalen

## ORDER

Claimant LaTonya N. White having withdrawn her claim to the currency that is the subject of this complaint [Doc. #21], and her attorney having stated that he does not oppose the Government's motion to strike her answer and enter a default judgment, *see* Declaration of Adriana Dydell [Doc. #25],

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel [Doc. #16] is DENIED AS MOOT.

Dated: December 16, 2013

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 16, 2013, electronically and/or by U.S .mail.

s/Michael Williams
Case Manager for the
Honorable R. Steven Whalen